**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2796**

———————

YVONNE L. MURPHY,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY, Commanding General
INSCOM,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
96-1184-CCB)

———————

Submitted:  February 13, 1997      Decided:  February 25, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Yvonne L. Murphy, Appellant Pro Se.  Lynne Ann Battaglia, Unites
States Attorney, Charles Joseph Peters, Sr., OFFICE OF THE UNITED
STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion to dismiss in Appellant's employment discrimination suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Murphy v. Department of the Army, No. CA-96-1184-CCB (D. Md. Nov. 4, 1996). In addition, we have considered Appellant's allegations of error and find them to be without merit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2